**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**JAMES M. MUNYAN,**

      **Petitioner,**

      v.

**WARDEN, MADISON CORRECTIONAL
INSTITUTION,**

      **Respondent.**

      **CASE NO. 2:13-CV-01018
JUDGE ALGENON L. MARBLEY
MAGISTRATE JUDGE KEMP**

## OPINION AND ORDER

On January 3, 2014, the Magistrate issued a *Report and Recommendation* recommending that the instant petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 be dismissed. Although the parties were advised of the right to object to the Magistrate Judge's *Report and Recommendation,* and of the consequences of failing to do so, no objections have been filed.

The *Report and Recommendation* is **ADOPTED** and **AFFIRMED**. This case is hereby **DISMISSED.**

      **IT IS SO ORDERED**.

      s/Algenon L. Marbley
      ALGENON L. MARBLEY
      United States District Judge